Adam D. Brumm, Esq.  SB#257906
Eden Environmental Defenders
1520 E. Covell Blvd, Suite B5-611
Davis, CA  95616
Telephone: (800) 545-7215, Extension 906
Email:  adam@edendefenders.org

Attorneys for Plaintiff

Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
Megan Meadows (SBN 245033)
megan@jfnovaklaw.com
Demetria Mantalis (SBN 358279)
demetria@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone:     (310) 693-0775
Facsimile:      (310) 627-0172
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>DALE T. JABOUR, et al.<br><br>Defendants. | Case No.: **2:25-cv-02882-WBS-SCR**<br><br>Assigned to Hon. William B. Shubb<br><br>**STIPULATION AND ORDER TO REFER MATTER TO MAGISTRATE FOR A SETTLEMENT CONFERENCE AND TO EXTEND STAY**<br><br>Local Rule 270 |
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC<br><br>Plaintiff<br><br>vs.<br><br>SWEETENER PRODUCTS, INC.,<br><br>Defendant. | Case No. 2:25-cv-00078-WBS-CSK |

Plaintiff Central Valley Eden Environmental Defenders, LLC ("Plaintiff") and Defendants Dale T. Jabour, Kenneth Cochrane, Steven Shanklin and David Jones ("Defendants") (collectively "the Parties") hereby submit this Stipulation to Stay Case Pending Settlement Discussions.

On October 27, 2025, the Court entered an Order staying this case pending settlement discussions. (ECF No. 9). Pursuant to the Order, the stay is set to expire at 12:01 a.m. on December 8, 2025.

The Parties engaged in settlement discussions between October 27, 2025, and November 12, 2025. On November 12, 2025, counsel for the Parties met and conferred and mutually agreed that a settlement conference before a Magistrate <u>not assigned to this matter</u> would be more effective in achieving the respective settlement goals of the Parties.

Based on the foregoing, the Parties, through their attorneys of record, HEREBY STIPULATE AND REQUEST an Order from the Court as follows:

1. That all current hearing dates and deadlines in this matter be VACATED, including the deadline for the Parties to file a Notice of Settlement, Stipulation and Order for Further Stay or Joint Status Report (**December 8, 2025**); as well as the Pretrial Scheduling Conference currently set for **February 23, 2026, at 1:30 p.m. in Courtroom 5 (WBS)**;

2. That this action be STAYED until ten (10) calendar days after the conclusion of the settlement conference before the assigned settlement Magistrate, including any continuances thereto;

3. That the Parties will meet and confer on or before the expiration of the continued STAY to (a) finalize settlement negotiations and prepare a Notice of Settlement; (b) mutually agree on a request for a further stay of the action; or (c) agree that this matter will not settle and prepare a Joint Status Report to the Court;

4. That the Parties will file a Notice of Settlement, Stipulation and Order for Further Stay, or Joint Status Report to the Court within five (5) business days after the expiration of the continued STAY;

5. That in the event that the Parties are unable to successfully negotiate a complete resolution of this matter, the Parties will submit a Stipulation to Modify the Pretrial Scheduling Order with jointly proposed dates; and

6. That Defendant's deadline to respond to Plaintiff's Complaint be extended to fourteen (14) days after the expiration of the continued STAY.

IT IS SO STIPULATED.

Date: November 26, 2025        LAW OFFICE OF JENNIFER F. NOVAK


　　　　　　　　　　　　　　　　 */s/ Jennifer F. Novak (as authorized on 10/23/25 per LR 131(e)*
　　　　　　　　　　　　　　　　 Jennifer F. Novak
　　　　　　　　　　　　　　　　 Attorney for Defendant


Date: November 26, 2025     CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC


　　　　　　　　　　　　　　　　 */s/ Adam D. Brumm (as authorized on 10/23/25 per LR 131(e)*
　　　　　　　　　　　　　　　　 Adam Brumm
　　　　　　　　　　　　　　　　 Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DALE T. JABOUR, et al,<br><br>    Defendants. | Case No.: 2:25-cv-02882-WBS-SCR<br><br>Judge: Hon. William B. Shubb<br><br>ORDER REFERRING CASE TO A MAGISTRATE FOR A SETTLEMENT CONFERENCE AND CONTINUING THE STAY PENDING SETTLEMENT |
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SWEETENER PRODUCTS, INC,<br><br>    Defendant. | Case No. 2:25-cv-0078-WBS-CSK |

Having considered the Stipulation of the Parties, the Court finds good cause exists to refer this matter to a Magistrate for a settlement conference pursuant to Local Rule 270 and to continue the stay of this Action. IT IS HEREBY ORDERED that the stipulation is approved in its entirety.

   1.   This case is hereby referred to Magistrate Carolyn K. Delaney for a settlement conference, to be held on **Monday, January**

---

ORDER REFERRING CASE TO MAGISTRATE
FOR SETTLEMENT CONFERENCE           1    Case No.: 2:25-cv-02882-WBS-CSK

**26, 2026 at 9:30 AM via Zoom video conference.** The parties are instructed to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate. The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. The parties are directed to submit confidential settlement conference statements to the court using the following email address: ckdorders@caed.uscourts.gov. Such statements are due no later than 5:00 PM (PT) at least seven (7) days prior to the Settlement Conference. Upon submission of confidential settlement statements, each party shall file on the docket a "Notice of Submission of Settlement Conference Statement."

2.   This Action is hereby STAYED until 12:01 a.m. on the eleventh(11th) calendar day after the conclusion of the Magistrate conducted settlement conference, at which time it will automatically expire unless extended by stipulation of the Parties and order of this Court.

3.   All deadlines and hearings current set in this matter are hereby VACATED, including the deadline for the Parties to file a Notice of Settlement, St Stipulation and Order for Further Stay or Joint Status Report (**December 8, 2025**); as well as the Status Conference currently set for **February 23, 2026, at 1:30 p.m. in Courtroom 5 (WBS).**

ORDER REFERRING CASE TO MAGISTRATE
FOR SETTLEMENT CONFERENCE   2   Case No.: 2:25-cv-02882-WBS-CSK

4.   This action shall be STAYED until ten (10) calendar days after the conclusion of the settlement conference before the assigned settlement Magistrate, including any continuances thereto.

5.   The Parties shall meet and confer on or before the expiration of the continued STAY to (a) finalize settlement negotiations and prepare a Notice of Settlement; (b) mutually agree on a request for a further stay of the action; or (c) agree that this matter will not settle and prepare a Joint Status Report to the Court;

6.   Within five (5) business days after the expiration of the STAY, the Parties shall file a Notice of Settlement, Stipulation and Order for Further Stay, or Joint Status Report to the Court.

7.   In the event that the Parties are unable to successfully negotiate a complete resolution of this matter, the Parties shall file a Stipulation to Modify the Scheduling Order which includes proposed dates.  The Stipulation shall be filed within ten (10) business days after the expiration of the STAY.

8.   Defendant's response to Plaintiff's Complaint shall be due Fourteen (14) days after the expiration of the Stay.

**IT IS SO ORDERED.**

Dated: November 26, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE