Adam D. Brumm, Esq.  SB#257906
Eden Environmental Defenders
1520 E. Covell Blvd, Suite B5-611
Davis, CA  95616
Telephone: (800) 545-7215, Extension 906
Email:  adam@edendefenders.org

Attorneys for Plaintiff

Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
Megan Meadows (SBN 245033)
megan@jfnovaklaw.com
Demetria Mantalis (SBN 358279)
demetria@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone:    (310) 693-0775
Facsimile:    (310) 627-0172
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>DALE T. JABOUR, et al.<br><br>Defendants. | Case No.: 2:25-cv-02882-WBS-SCR<br><br>Assigned to Hon. William B. Shubb<br><br>**STIPULATION AND ORDER FOR FURTHER STAY PENDING SETTLEMENT DISCUSSIONS** |
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC<br><br>Plaintiff<br><br>vs.<br><br>SWEETENER PRODUCTS, INC.,<br><br>Defendant. | Case No. 2:25-cv-00078-WBS-CSK |

Stipulation for Further Extension of Stay      1      Case No.: 2:25-cv-02882-WBS-SCR

Plaintiff Central Valley Eden Environmental Defenders, LLC and Defendants Dale T. Jabour, Kenneth Cochrane, Steven Shanklin and David Jones (collectively "the Parties") hereby submit this Stipulation for Further Stay Pending Settlement Discussions.

On November 26, 2025, the Court entered an Order staying this case pending a settlement conference to be conducted by Magistrate Judge Carolyn Delaney.  (ECF No. 11).

The Parties attended the settlement conference on January 26, 2026.   The conference concluded without settlement.  However, the Parties continue to actively engage in settlement discussions, have conferred as required by the Order granting the stay, and have mutually agreed to a further stay of the case while settlement negotiations are continuing.

Based on the foregoing, the Parties, through their attorneys of record, HEREBY STIPULATE AND REQUEST an Order from the Court staying this action until 12:01 am on March 13, 2026, and as follows:

1.      The Parties will meet and confer on or before March 13, 2026, to (a) finalize settlement negotiations and prepare a Notice of Settlement; (b) mutually agree on a request for a further stay of the action; or (c) agree that this matter will not settle and prepare a Joint Status Report to the Court.

2.      The Parties will file a Notice of Settlement, Stipulation and Order for Further Stay, or Joint Status Report to the Court by March 20, 2026.

3.      Defendant's deadline to respond to Plaintiff's Complaint will be extended to March 27, 2026.

IT IS SO STIPULATED.


Date:   February 12, 2026          LAW OFFICE OF JENNIFER F. NOVAK



                                    */s/ Jennifer F. Novak (as authorized on 2/12/26 per LR 131(e)*
                                   Jennifer F. Novak
                                   Attorney for Defendant


---

Stipulation for Further Extension of Stay                2          Case No.: 2:25-cv-02882-WBS-SCR

Date:   February 12, 2026     CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC


*/s/ Adam D. Brumm (as authorized on 2/12/26 per LR 131(e)*
Adam Brumm
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DALE T. JABOUR, et al,<br><br>    Defendants.<br><br>_____<br>CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SWEETENER PRODUCTS, INC,<br><br>    Defendant. | Case No.: 2:25-cv-02882-WBS-SCR<br><br>Judge: Hon. William B. Shubb<br><br>ORDER FOR FURTHER STAY PENDING SETTLEMENT DISCUSSIONS<br><br><br><br>Case No. 2:25-cv-0078-WBS-CSK |

Having considered the Stipulation of the Parties, the Court finds good cause exists to continue the stay of this Action. IT IS HEREBY ORDERED that the stipulation is approved in its entirety.

   1. This Action is hereby STAYED until 12:01 a.m. on March 13, 2026, at which time it will automatically expire unless extended by stipulation of the Parties and order of this Court.

3.   The Parties shall meet and confer on or before March 13, 2026, to (a) finalize settlement negotiations and prepare a Notice of Settlement; (b) mutually agree on a request for a further stay of the action; or (c) agree that this matter will not settle and prepare a Joint Status Report to the Court.

4.   By March 20, 2026, the Parties shall file a Notice of Settlement, Stipulation and Order for Further Stay, or Joint Status Report to the Court.

5.   Defendant's response to Plaintiff's Complaint shall be due on March 27, 2026.

**IT IS SO ORDERED.**

Dated:   February 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER FOR FURTHER STAY
Case No. 2:25-cv-02882-WBS-CSK          3