UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIROMENTAL DEFENDERS, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>SWEETENER PRODUCTS, INC.,<br><br>              Defendant. | No. 2:25-cv-0078 WBS CSK<br><br><br>ORDER RE: PLAINTIFF'S MOTIONS FOR LEAVE TO WITHDRAW MOTION FOR DISQUALIFICATION OF COUNSEL |
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>DALE T. JABOUR, et al,<br><br>              Defendants. | No. 2:25-cv-2882 WBS CSK |

----oo0oo----

The court being fully advised in the premises, and good cause appearing therefor, plaintiff's Motion for Leave to

1

Withdraw Motion for Disqualification of Counsel Without Prejudice (Docket No. 91, in Case No. 2:25-cv-00078; Docket No. 31, in Case No. 2:25-cv-2882) is hereby GRANTED.  The Motions for Disqualification of Counsel (Docket No. 69, in case No. 2:25-cv-0078; Docket No. 21, in Case No. 2:25-cv-2882) are WITHDRAWN on counsel's request and the Clerk of the Court is directed to terminate those motions.

Dated:  May 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2