Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
Megan Meadows (SBN 245033)
megan@jfnovaklaw.com
Demetria Mantalis (SBN 358279)
demetria@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone: (310) 693-0775
Facsimile: (310) 627-0172
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>DALE T. JABOUR, *et al.*<br><br>Defendants. | Case No.: 2:25-cv-02882-WBS-CSK<br><br>Assigned to Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br><br>**AMENDED NOTICE OF MOTION TO DISMISS HECTOR MORFIN FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Action Filed: October 7, 2025<br>Trial Date: February 15, 2028<br><br>Hearing Date: September 14, 2026<br>Hearing Time: 1:30 p.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 14, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard in Department 5 of the above-entitled Court, located at 501 I Street, Sacramento, California 95814, before the Honorable William B. Shubb, Defendant Hector Morfin will, and hereby does, move the Court for an order granting a dismissal of Mr. Morfin from this action. This action is brought under the Clean Water Act. The Clean Water Act requires service of a 60-Day Notice of Intent to Sue Letter to all alleged violators before litigation is commenced against them. Plaintiff has not named Mr. Morfin in a 60-Day Notice of Intent to Sue Letter. This notice letter is a jurisdictional requirement of litigation under the Clean Water Act. Therefore, Defendant requests an order dismissing him from this lawsuit.

Date: July 17, 2026 LAW OFFICE OF JENNIFER F. NOVAK

/s/ Demetria Mantalis
Demetria Mantalis
Attorney for Defendant