Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
Megan Meadows (SBN 245033)
megan@jfnovaklaw.com
Demetria Mantalis (SBN 358279)
demetria@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone: (310) 693-0775
Facsimile: (310) 627-0172
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, a California limited liability company

Plaintiff,

vs.

DALE T. JABOUR, *et al.*

Defendants.

Case No.: 2:25-cv-02882-WBS-CSK

Assigned to Hon. William B. Shubb
Courtroom: 5, 14th Floor

**NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

**[filed concurrently with Memorandum of Points Authorities In Support of Motion to Dismiss; Declaration of Demetria Mantalis; Request for Judicial Notice; and [Proposed] Order Granting Motion to Dismiss]**

Action Filed: October 7, 2025
Trial Date: February 15, 2028

Hearing Date: December 21, 2026
Hearing Time: 1:30 p.m.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 21, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard in Department 5 of the above-entitled Court, located at 501 I Street, Sacramento, California 95814, before the Honorable William B. Shubb, Defendants Dale T. Jabour, Steven Shanklin, David Jones, and Kenneth Cochrane (collectively "Defendants") will, and hereby do, move the Court for an order dismissing the Complaint filed by Plaintiff Central Valley Eden Environmental Defenders, LLC ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(1). This Motion is brought on the grounds set forth in the Memorandum of Points and Authorities, including but not limited to, Defendants' factual challenge to Plaintiff's standing to bring this lawsuit. Plaintiff has not met its burden to show that it is a traditional membership organization with members whom it represents in good faith. See *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.,* 600 U.S. 181, 201 (2023). Alternatively, if Plaintiff is treated as a non-traditional entity, it does not satisfy the "indicia of membership" test set out in *Hunt. Hunt v. Wash. State Apple Advert., Comm'n,* 432 U.S. 333, 344-45 (1977). Moreover, Plaintiff has effectively abandoned this case.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Demetria Mantalis, all pleadings and papers on file in this action and in the related action *Central Valley Eden Environmental Defenders, LLC v. Sweetener Products,* No. 2:25-cv-00078-WBS-CSK, and upon such other and further oral and documentary evidence that the parties may present at the hearing of this Motion.

Defendants were unable to meet and confer with Plaintiff before filing this Motion. Plaintiff does not have counsel of record, and no other representatives have come forth on their behalf. Therefore, the parties were unable to come to a resolution on the issues raised, prompting Defendants to file this Motion.

Defendants request oral argument for this Motion.

Date: November 16, 2026 LAW OFFICE OF JENNIFER F. NOVAK

/s/ Demetria Mantalis
Demetria Mantalis
Attorney for Defendants

PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My e-mail address is (alyson@jfnovaklaw.com) and my business address is 500 Silver Spur Road, Suite 206, Rancho Palos Verdes, CA 90275.

On November 16, 2026, I served the following documents described as:

1. **NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**
2. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**
3. **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**
4. **DECLARATION OF DEMETRIA MANTALIS IN SUPPORT OF MOTION TO DISMISS**
5. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

on all interested parties in this action by placing the [] original [xx] a true copy thereof enclosed in a sealed envelope, addressed as follows, or [] by electronic service sent to the following e-mail addresses:

**Central Valley Eden Environmental Defenders, LLC**
1520 E. Covell Blvd, Suite B5-611
Davis, CA 95616

[xx] **BY GLS OVERNIGHT DELIVERY:** I am "readily familiar" with the firm's practice for collection and processing of documents for overnight delivery with GLS. In accordance with that practice, I caused the envelope containing the above-described documents, with all applicable shipping fees fully prepaid, to be sealed and placed for collection and overnight delivery with GLS at Rancho Palos Verdes, California, for delivery to the addressee in the ordinary course of business.

Executed on November 16, 2026, at Rancho Palos Verdes, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Alyson Ress

Alyson Ress