Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
Megan Meadows (SBN 245033)
megan@jfnovaklaw.com
Demetria Mantalis (SBN 358279)
demetria@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone: (310) 693-0775
Facsimile: (310) 627-0172
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, a California limited liability company

Plaintiff,

vs.

DALE T. JABOUR, *et al*

Defendants.

Case No.: 2:25-cv-02882-WBS-CSK

Assigned to Hon. William B. Shubb

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

**[filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points Authorities In Support of Motion to Dismiss; Declaration of Demetria Mantalis; [Proposed] Order Granting Motion to Dismiss]**

Action Filed: October 7, 2025
Trial Date: February 15, 2028

Hearing Date: December 21, 2026
Hearing Time: 1:30 p.m.

## REQUEST FOR JUDICIAL NOTICE

To the Honorable Judge William B. Shubb, and to Plaintiff:

Pursuant to Federal Rule of Evidence 201, Defendants Dale T. Jabour, Steven Shanklin, David Jones, and Kenneth Cochrane (collectively "Defendants") respectfully request that this Court take judicial notice of the following documents in support of Defendants' Motion to Dismiss ("Motion").

| Exhibit | Description |
|---|---|
| A | "Certification of Cancellation – LLC Termination" filed by Central Valley Eden Environmental Defenders, LLC on October 7, 2026, with the California Secretary of State |
| B | Screenshots of the website domain for "edendefenders.org" taken on October 8, 2026 |

## BASIS FOR REQUESTING JUDICIAL NOTICE

Under Rule 201, judicial notice is proper when a fact is not subject to reasonable dispute because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," including undisputed "matters of public record"; such a record may be noticed for "the existence of the document" but "not for the truth of the facts recited therein." Fed. R. Evid. 201(b); *Zavala v. Kruse-W., Inc.*, 562 F.Supp.3d 1059, 1066 (E.D. Cal. 2021). As discussed below, each document for which Defendants seek judicial notice falls within Rule 201 and is appropriate for the Court's consideration in ruling on the Motion.

### 1. Certification of Cancellation – LLC Termination

Defendants request that the Court take judicial notice of the existence and contents of Exhibit A as a public record filed with the California Secretary of State. The Court may take judicial notice of facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). Records and reports of administrative agencies fall within this category and courts

routinely take judicial notice of these types of documents. See *U.S. v. 14.02 Acres of Land More or Less in Fresno County,* 547 F.3d 943, 955 (9th Cir. 2008); *Daniels-Hall v. National Educ. Ass'n,* 629 F.3d 992, 998 (9th Cir. 2010) (stating that it is appropriate to take judicial notice of documents made publicly available by government entities). This includes corporate documents filed with the Secretary of State. *Rhodes v. Sutter Health,* 2012 WL 662462, at * 3 (E.D. Cal. 2012) (taking judicial notice of corporate records filed with the Secretary of State); *Martinez-Sanchez v. Anthony Vineyards, Inc.,* 2020 WL 469341, at *4 (E.D. Cal. 2020) (taking judicial notice of corporate records filed with the Secretary of State).

Exhibit A is a "Certification of Cancellation – LLC Termination" filed with the California Secretary of State by Plaintiff Central Valley Eden Environmental Defenders, LLC, on October 7, 2026. Its authenticity cannot be reasonably questioned as a public filing maintained by a government agency and is accessible through the Secretary of State's business search portal when searching for "Central Valley Eden Environmental Defenders, LLC" at https://bizfileonline.sos.ca.gov/search/business. Mantalis Dec., ¶ 26. Therefore, Defendants request that the Court take judicial notice of the existence and contents of Exhibit A, specifically that Central Valley Eden Environmental Defenders, LLC filed a Certification of Cancellation on October 7, 2026.

**2. Screenshot of the Website Domain for "Edendefenders.org" taken on October 8, 2026**

Defendants request that the Court take judicial notice of the existence and contents of Exhibit B as a public website which appears to be shut down. The Court may take judicial notice of facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). This includes websites and their contents. See *Threshold Enterprises, Ltd. v. Pressed Juicery,* 445 F.Supp.3d 139, 146 (N.D. Cal. 2020); *Caldwell v. Caldwell,* 2006 WL

618511, at * 4 (N.D. Cal. 2006) (stating that "as a general matter, websites and their contents may be proper subjects for judicial notice").

Exhibit B is a screenshot of the website domain associated with Central Valley Eden Environmental Defenders, LLC. Mantalis Dec., ¶ 27. The screenshot was captured by our office on October 8, 2026, at 1:30 p.m. Mantalis Dec., ¶ 28. This website can be found at the following link: https://edendefenders.org/lander. Therefore, Defendants request that the Court take judicial notice of Exhibit B, a screenshot that shows Plaintiff Central Valley Eden Environmental Defenders, LLC's website appears to be shut down.

Date: November 16, 2026 LAW OFFICE OF JENNIFER F. NOVAK

/s/ Demetria Mantalis
Demetria Mantalis
Attorney for Defendants

PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My e-mail address is (alyson@jfnovaklaw.com) and my business address is 500 Silver Spur Road, Suite 206, Rancho Palos Verdes, CA 90275.

On November 16, 2026, I served the following documents described as:

1. **NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**
2. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**
3. **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**
4. **DECLARATION OF DEMETRIA MANTALIS IN SUPPORT OF MOTION TO DISMISS**
5. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

on all interested parties in this action by placing the [] original [xx] a true copy thereof enclosed in a sealed envelope, addressed as follows, or [] by electronic service sent to the following e-mail addresses:

**Central Valley Eden Environmental Defenders, LLC**
1520 E. Covell Blvd, Suite B5-611
Davis, CA 95616

[xx] **BY GLS OVERNIGHT DELIVERY:** I am "readily familiar" with the firm's practice for collection and processing of documents for overnight delivery with GLS. In accordance with that practice, I caused the envelope containing the above-described documents, with all applicable shipping fees fully prepaid, to be sealed and placed for collection and overnight delivery with GLS at Rancho Palos Verdes, California, for delivery to the addressee in the ordinary course of business.

Executed on November 16, 2026, at Rancho Palos Verdes, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Alyson Ress

Alyson Ress

# EXHIBIT A

BA20261903902

B5046-7690 10/07/2026 7:42 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**CERTIFICATE OF CANCELLATION - LLC TERMINATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20261903902
Date Filed: 10/7/2026

Limited Liability Company

| | |
|---|---|
| Limited Liability Company Name | CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS LLC |
| Entity No. | 202033510005 |

Termination Details

Was the dissolution made by a vote of ALL of the members of the California Limited Liability Company? Yes

Tax Liability Statement

All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

Termination Statement

Upon the effective date of this Certificate of Cancellation, except as provided in California Corporations Code Section 17707.06, the Limited Liability Company's registration is cancelled and its powers, rights, and privileges will cease in California.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Diane Adams* | *10/07/2026* |
| Manager/Member Signature | Date |

# EXHIBIT B

edendefenders.org/lander

edendefenders.org/lander

All Bookmarks

GoDaddy

Excellent 4.4 out of 5 ★ Trustpilot

# edendefenders.org

is parked free, courtesy of GoDaddy.com.

Get This Domain

Related Search Topics

**Real Estate**

**Apartment For Rent**

**Personals**

**Cheap Airfare**