Jennifer F. Novak (SBN 183882)
novak@jfnovaklaw.com
Megan Meadows (SBN 245033)
megan@jfnovaklaw.com
Demetria Mantalis (SBN 358279)
demetria@jfnovaklaw.com
LAW OFFICE OF JENNIFER F. NOVAK
500 Silver Spur Road, Suite 206
Rancho Palos Verdes, California 90275
Telephone: (310) 693-0775
Facsimile: (310) 627-0172
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, a California limited liability company

Plaintiff,

vs.

DALE T. JABOUR, *et al.*

Defendants.

Case No.: 2:25-cv-00078-WBS-CSK

Assigned to Hon. William B. Shubb
Courtroom: 5

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

**[filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities In Support of Motion to Dismiss; Declaration of Demetria Mantalis; and Request for Judicial Notice]**

Action Filed: October 7, 2025
Trial Date: February 15, 2028

Hearing Date: December 21, 2026
Time: 1:30 p.m.

Defendants' Motion to Dismiss came on for hearing on December 21, 2026, at 1:30 p.m., in Department 5 of the above-entitled Court, before the Honorable William B. Shubb. The Court having considered the pleadings and evidence filed with this Motion, the arguments of counsel, and the Court's file, the Court finds good cause to GRANT Defendants' Motion to Dismiss.

IT IS THEREFORE ORDERED that this action is dismissed against the Defendants.

IT IS SO ORDERED.

Date:

____________________________________
Hon. William B. Shubb
United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My e-mail address is (alyson@jfnovaklaw.com) and my business address is 500 Silver Spur Road, Suite 206, Rancho Palos Verdes, CA 90275.

On November 16, 2026, I served the following documents described as:

1. **NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**
2. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**
3. **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**
4. **DECLARATION OF DEMETRIA MANTALIS IN SUPPORT OF MOTION TO DISMISS**
5. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

on all interested parties in this action by placing the [] original [xx] a true copy thereof enclosed in a sealed envelope, addressed as follows, or [] by electronic service sent to the following e-mail addresses:

**Central Valley Eden Environmental Defenders, LLC**
1520 E. Covell Blvd, Suite B5-611
Davis, CA 95616

[xx] **BY GLS OVERNIGHT DELIVERY:** I am "readily familiar" with the firm's practice for collection and processing of documents for overnight delivery with GLS. In accordance with that practice, I caused the envelope containing the above-described documents, with all applicable shipping fees fully prepaid, to be sealed and placed for collection and overnight delivery with GLS at Rancho Palos Verdes, California, for delivery to the addressee in the ordinary course of business.

Executed on November 16, 2026, at Rancho Palos Verdes, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Alyson Ress

Alyson Ress